United States District Court
Southern District of Texas
FILED

FEB 0 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RICHARD DWORAK,                )        CASE NO. **B-02- U20**
                               )
                               )
VS.                            )        JUDGE _____
                               )
                               )
AMERICAN RED CROSS and         )        **NOTICE OF REMOVAL**
HENRY MARTINEZ                 )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant, American National Red Cross, (referred to herein as the "Red Cross") by its

counsel, pursuant to 28 U.S.C. § § 1441, 1446 and expressly reserving all rights otherwise to respond

to this lawsuit, files this Notice of Removal of a certain action pending in the 103rd District Court

of Cameron County, Texas, styled as *Richard Dworak vs. American Red Cross and Henry Martinez*,

Cause No. 2001-10-4511 (the "State Action") and in support thereof, states as follows:

Introduction

1.      On or about October 16, 2001, plaintiff Richard Dworak filed his Plaintiff's Original

Petition in the State Action, in which he sued the Red Cross and an alleged volunteer Henry

Martinez (a Florida resident) for an automobile accident that occurred in Miami, Florida. The Red

Cross is a corporation chartered in Washington, D.C. and the only other named defendant is Mr.

Martinez. According to the Plaintiff's Original Petition, Mr. Martinez has not been served with the

lawsuit. Though Plaintiff has not yet served Mr. Martinez, on October 19, 2001, plaintiff allegedly

served the Red Cross by personally delivering Plaintiff's Original Petition to a Mr. Ray Beall,

purported in the Officer's Return of Service as a Houston, Texas Red Cross Chief Program Officer.

Red Cross now seeks to remove this action to Federal Court.

## Removal is Timely

2.     The federal statute that provides the procedure for removal requires that a timely removal occurs when the removing party files its removal papers within thirty days after it receives the suit papers. *See* 28 U.S.C. § 1446(b).  The United States Supreme Court has reasoned that a plaintiff does not trigger the removal time period until the suit papers are properly served. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S.Ct. 1322, 1325 (1999).  The plaintiff's delivery of the petition to Mr. Beall is not proper service on the Red Cross, and Plaintiff has not undertaken additional efforts to serve the Red Cross.  Consequently, the attempted service did not trigger the Red Cross' section 1446(b) removal time period. *See id.*  This removal is, therefore, timely.

## Federal Question Jurisdiction

3.     This court has federal subject matter over the Red Cross because 36 U.S.C.§300105 (a)(5), a provision of the codified Red Cross federal charter, creates that jurisdiction.  Specifically, the law grants the Red Cross the power and the privilege to "sue and be sued in courts of law and equity, state or federal, within the jurisdiction of the United States."  The United Stated Supreme Court has construed the "sue or be sued" clause in the Red Cross charter to confer in certain cases "original jurisdiction on federal courts to which the Red Cross is a party...." *American Red Cross v. S.G. and A.E.*, 505 U.S. 247, 112 S. Ct. 2465, 2465, 2467 (1992).  This recognition of original jurisdiction provides the federal "arising under" jurisdiction needed to support a removal under 28 U.S.C. § 1441(b), and provides the basis for the Red Cross to remove from state to federal court "any state law action [the Red Cross] is defending." *Id.*  Therefore, federal question jurisdiction exists.

4.     Attached to this motion are the following:

| Exhibit A | Certified copy of docket sheet for cause no. 2001-10-4511; *Richard Dworak vs. American Red Cross and Henry Martinez.* |
| Exhibit B | Certified copy of the Plaintiff's Original Petition. |
| Exhibit C | Certified copy of all executed process. |
| Exhibit D | Certified copy of Motion to Quash Defective Service. |
| Exhibit E | Signed Order Setting Hearing on Motion to Quash Defective Service. |

Pursuant to Civil Local Rule LR81, the Red Cross is filing contemporaneously herewith a list of all counsel of record, including addresses, telephone numbers, and parties represented.

5.      The foregoing papers are, upon information and belief, the only process, pleadings and orders in the State Court.

6.      The Red Cross desires to remove this action to this Court and submits this Notice, along with the exhibits, in accordance with 28 U.S.C. § § 1441, 1446.

7.      Written notice of the filing of this Notice of Removal will be given to the Plaintiff together with a copy of the Notice of Removal and supporting papers, which will be filed with the Clerk if the State Court, as provided by 28 U.S.C. § 1446(d).

WHEREFORE, the Red Cross prays that the above-described State Action pending against be removed to this Court and for all other just relief.

Respectfully submitted,

**WATT, BECKWORTH & THOMPSON, L.L.P.**

BY: _____

JOHN B. BECKWORTH
State Bar #02021500
Fed. I.D. # 1546
NEAL NOBLES
State Bar #24007753
Fed. I.D. #23078
WATT, BECKWORTH & THOMPSON, L.L.P.
1010 Lamar, Suite 1600
Houston, Texas 77002
Attorneys for The American National Red Cross, Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal was sent via regular U.S. mail, postage prepaid, this __31__ day of ____January____ , 2002.

R.W. Armstrong
R.W. Armstrong & Associates, Inc.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

**JOHN B. BECKWORTH**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

RICHARD DWORAK,           )        CASE NO. **B-02- 020**
                                )

VS.                        )        JUDGE _____

AMERICAN RED CROSS and    )
HENRY MARTINEZ           )

---

## LIST OF PARTIES AND ATTORNEYS

---

As required by Local Rule 81, Defendant, American National Red Cross, files the following list of all counsel of record in this case, including, telephone numbers, and parties represented.

1.    **American National Red Cross**, defendant,

        represented by:    John B. Beckworth
                         Neal Nobles
                         Watt, Beckworth & Thompson, L.L.P.
                         1010 Lamar, Suite 1600
                         Houston, Texas  77002
                         Telephone:    (713) 650-8100
                         Facsimile:    (713) 650-8141

2.    **Richard Dvorak,** plaintiff,

        represented by:    R. W. Armstrong
                         R.W. Armstrong & Associates, Inc.
                         2600 Old Alice Road, Suite A
                         Brownsville, Texas  78521
                         Telephone:    (956) 546-5556
                         Facsimile:    (956) 546-0470

3.    **Henry Martinez,** defendant, who upon information and belief has not been served.

Respectfully submitted,

**WATT, BECKWORTH & THOMPSON, L.L.P.**

BY: _____

JOHN B. BECKWORTH
State Bar #02021500
Fed. I.D. # 1546
NEAL NOBLES
State Bar #24007753
Fed. I.D. #23078
WATT, BECKWORTH & THOMPSON, L.L.P.
1010 Lamar, Suite 1600
Houston, Texas  77002
Counsel for The American National Red Cross, Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal was sent via regular U.S. mail, postage prepaid, this 31 day of January , 2002.

R.W. Armstrong
R.W. Armstrong & Associates, Inc.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

_____
**JOHN B. BECKWORTH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RICHARD DWORAK,                    )        CASE NO. **B** **02 - 020**
                                   )
                                   )
VS.                                )        JUDGE _____
                                   )
                                   )
AMERICAN RED CROSS and             )
HENRY MARTINEZ                     )

---

### INDEX OF MATTERS BEING FILED

---

As required by Local Rule LR 81, the following is a list of documents being filed with the

Notice of Removal in this action.

Ex. A          Certified copy of docket sheet for cause no. 2001-10-4511; *Richard*

               *Dworak vs. American Red Cross and Henry Martinez.*

Ex. B          Certified copy of the Plaintiff's Original Petition.

Ex. C          Certified copy of all executed process.

Ex. D          Certified copy of Motion to Quash Defective Service.

Ex. E          Signed Order Setting Hearing on Motion to Quash Defective Service.

               Respectfully submitted,

               **WATT, BECKWORTH & THOMPSON, L.L.P.**

               **BY:** _____
               JOHN B. BECKWORTH
               State Bar #02021500
               Fed. I.D. # 1546
               NEAL NOBLES
               State Bar #24007753
               Fed. I.D. #23078
               WATT, BECKWORTH & THOMPSON, L.L.P.
               1010 Lamar, Suite 1600
               Houston, Texas 77002
               Counsel for The American National Red Cross, Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal was sent via regular U.S. mail, postage prepaid, this 3 1 day of _January_ , 2002.

R.W. Armstrong
R.W. Armstrong & Associates, Inc.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

**JOHN B. BECKWORTH**

PAGE: 01

2001-10-004511-D

* * * * C L E R K ' S   E N T R I E S * * * *

RAK

00002401
HON. RON W. ARMSTRONG
2600 OLD ALICE ROAD, SUITE A
BROWNSVILLE TX    78521 0000

HENRY MARTINEZ

(01)                                                      10        16        01

PERSONAL INJURY/AUTO

| 10/16/01 | ORIGINAL PETITION FILED |
| 10/16/01 | CITATION: AMERICAN RED CROSS |
| 10/16/01 | SERVED: 10/19/01     FILED: 10/29/01 |
| 01/03/02 | MTN OF THE AMERICAN NATIONAL RED CROSS |
|          | TO QUASH DEFECTIVE |
| 01/03/02 | SERVICE OF PROCESS /CWARFORD |
| 01/04/02 | MTN OF THE AMERICAN NATIONAL RED CROSS |
|          | TO QUASH DEFECTIVE |
| 01/04/02 | SERVICE OF PROCESS /CWARFORD |

MERICAN RED CROSS  TO QUASH DEFECTIVE SERVICE
2/07/02 AT 9 AM..MMURRAYJR/CWARFORD

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY TEXAS
BY: _____ DEPUTY

CERTIFIED COPY

FILED _____ O'CLOCK
AURORA DE LA GARZA DI

OCT 16 200

DISTRICT COURT OF CAMERON

CAUSE NO. 2001-10-4517D

RICHARD DWORAK §
§
§
§
VS. §
§
§
AMERICAN RED CROSS §
& HENRY MARTINEZ §

IN THE DISTRICT COURT OF

CAMERON COUNTY, TEXAS

107TH JUDICIAL DISTRICT

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff **RICHARD DWORAK** and files this his Plaintiff's Origi

Petition, alleging discovery is to be conducted under Level 2, complaining of Defend

**AMERICAN RED CROSS and HENRY MARTINEZ** and for cause of action wc

respectfully show the Court and Jury the following:

I.

## PARTIES

a. Plaintiff **RICHARD DWORAK** is an individual residing at Star Route Box 10, Port I
Texas 78578.

b. Defendant **AMERICAN RED CROSS** is a non-profit organization that provides
relief to different parts of the United States. This defendant will be served by private
by serving their registered agent "American Red Cross" 2700 S.W. Freeway, Houstc
77098.

c. Defendant **Henry Martinez** is an individual that resides in the State of Florida and
will be made at this time.

# CERTIFIED COPY

CAUSE NO. _2001-10-4571D_

FILED _10-45_ O'CLOCK _P_
AURORA DE LA GARZA DIST. CLERK

OCT 16 2001

| | | |
|---|---|---|
| RICHARD DWORAK | § | IN THE DISTRICT COURT OF |
| | § | DISTRICT COURT OF CAMERON COUNT |
| | § | |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| | § | |
| AMERICAN RED CROSS | § | _103rd_ TH JUDICIAL DISTRICT |
| & HENRY MARTINEZ | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff **RICHARD DWORAK** and files this his Plaintiff's Original Petition, alleging discovery is to be conducted under Level 2, complaining of Defendant **AMERICAN RED CROSS and HENRY MARTINEZ** and for cause of action would respectfully show the Court and Jury the following:

### I.

### PARTIES

a. Plaintiff **RICHARD DWORAK** is an individual residing at Star Route Box 10, Port Isabel, Texas 78578.

b. Defendant **AMERICAN RED CROSS** is a non-profit organization that provides disaster relief to different parts of the United States. This defendant will be served by private process by serving their registered agent "American Red Cross" 2700 S.W. Freeway, Houston, Texas 77098.

c. Defendant **Henry Martinez** is an individual that resides in the State of Florida and no service will be made at this time.

---

CERTIFIED COPY

## II.

## NATURE OF THE CASE

Plaintiff **Richard Dworak** brings this suit to recover damages for personal injuries sustained by him in a collision occurring in Miami, Florida, on, October 30, 1999.   At the time in question, Plaintiff **Richard Dworak** was a volunteer with the Defendant **American Red Cross.** Plaintiff **Dworak** was volunteering his time by serving food from a South Texas Chapter vehicle, of the American Red Cross.  Plaintiff Dworak was a passenger in the back of the van operated by another American Red Cross volunteer Henry Martinez when the van turned a corner causing improperly secured food trays to hit plaintiff Dworak while seated in the van.

## III.

## VENUE

Venue is proper in Cameron County pursuant to TEX.CIV.PRAC.AND REM.CODE ANN. §15.001 (Vernon 1997) as the plaintiff resides in Cameron County, Texas and the Defendant's primary place of business in Corpus Christi, Texas.

## IV.

## FACTS

On or about October 30, 1999, Plaintiff **Richard Dworak**, was a passenger in a van owned by the **Defendant American Red Cross of the South Texas Chapter.** The Emergency Rescue Vehicle "E.R.V." owned and operated by the American Red Cross was being operated by American Red Cross volunteer Henry Martinez.  The "E.R.V." turned a corner swerved to the right causing several heavy plastic food trays which were improperly secured to become dislodged and land onto Plaintiff Richard Dworak's body and chest while he was seated in the back of the "E.R.V."

CERTIFIED COPY

## V.

### FIRST CAUSE OF ACTION
### DEFENDANT HENRY MARTINEZ'S NEGLIGENCE

The occurrence made the basis of this suit and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant Henry in one or more of the following respects:

a.  in driving the "E.R.V." van at a rate of speed which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

b.  in failing to turn the "E.R.V." van in an effort to avoid the sudden swerve;

c.  in failing to secure the equipment within the South Texas Chapter American Red Cross "E.R.Vehicle".

## VI.

### SECOND CAUSE OF ACTION
### RESPONDEAT SUPERIOR

At the time of the incident made the basis of this action, Defendant American Red Cross was the employer of Defendant Henry Martinez.  At the time of the incident made the basis of this action, Defendant Henry Martinez was operating the Emergency Rescue Vehicle in the scope and course of the operations with the Defendant American Red Cross.  In this regard, Defendant **Henry Martinez** was traveling on a special mission on the orders of the Defendant **American Red Cross.**  In the alternative, Defendant **Henry Martinez** was acting in the scope of his duties for Defendant **American Red Cross** by operating the Emergency Rescue Vehicle so as to serve hot meals to the public in Miami, Florida.  Defendant **American Red Cross** is therefore liable, according to doctrine of respondeat superior, for the negligent actions of its employee, Defendant **Henry Martinez.**

CERTIFIED     COPY

## VII.

### THIRD CAUSE OF ACTION
### DEFENDANT AMERICAN RED CROSS' NEGLIGENCE

The occurrence made the basis of this suit and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant American Red Cross in one or more of the following respects:

b.  in failing to properly train their employees in how to operate the Emergency Rescue Vehicle in question;

c.  in failing to properly supervise their employees operating the Emergency Rescue Vehicle;

d.  in failing to properly instruct their employees in how to secure the equipment and food trays in the Emergency Rescue Vehicle;

d.  in failing to properly train their employees in how to secure the equipment and food trays in the Emergency Rescue Vehicle;

## VIII.

### DAMAGES

As a result of the negligent conduct of the Defendants, Plaintiff **Richard Dworak** suffered severe bodily injuries to his chest, heart pacemaker, lungs, ribs, right shoulder, neck, and back.  Plaintiff has experienced physical pain and mental anguish and will, in reasonable probability, continue to suffer as a result of his injuries.  Plaintiff has incurred reasonable and customary doctor's and medical expenses in the past and in reasonable probability, Plaintiff will incur additional reasonable expenses for necessary medical care and attention in the future.  By reason of the foregoing injuries and damages, Plaintiff has been damaged in a sum of SEVENTY FOUR THOUSAND AND 00/100 DOLLARS ($74,000.00).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein and that upon final trial Plaintiff has:

(1)  Judgment against Defendants for actual and compensatory damages in an amount of $74,000.00, together with pre-judgment interest at the highest legal rate;

---



CERTIFIED COPY

(2)     post-judgment interest at the highest legal rate;

(3)     all costs herein expended; and

(4)     such other and further relief, general or special, at law or in equity, to which

Plaintiff may show himself justly entitled.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES, INC.**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone (956) 546-5556
Telecopier (956) 546-0470

R. W. Armstrong
TBA#01323500

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____

Case 1:02-cv-00020   Document 1   Filed in TXSD on 02/04/2002   Page 19 of 25

## CERTIFIED COPY
## OFFICERS RETURN OF SERVIC
# ORIGINAL

COUNTY: CAMERON      CASE # 2001104511D     COURT 103
                                   Clt. Ref.#                   Clt.# 10578

RICHARD DWORAK

VS

AMERICAN RED CROSS AND HENRY MARTINEZ

The documents came to our hand for service on 10/18/01  Time: 14:34:17

Documents received for service:

**PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on **10/19/01  Time: 15:15:00**

Executed at: 2700 S.W. Freeway
             Houston, TX 77098

to the following: **American Red Cross**
                      **By Delivery To Ray Beall Chief Program Officer**

12:00 O'CLOCK
AURORA DE LA GARZA
OCT 29 2001
DISTRICT COURT

✓   PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RUI
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and al
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: 45

Witness Fee Tendered:_____

STATE OF TEXAS}

Gordon W Hanna
Professional Civil Process Houston
4635 Southwest Frwy, #750
Houston, Texas 77027

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this 25 day of OCTUBER 2001

PCP Inv.# H10011153



Q. L. MCLEAN
Notary Public, State of Texas
My Commission Expires
July 31, 2005

NOTARY PUBLIC SIGNATURE
A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY

CERTIFIED COPY

FILED\_ O·4 2 O'CLOCK \_\_\_\_A\_\_M
AURORA DE LA GARZA DIST. CLERK

JAN 0 4 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

## CAUSE NO. 2001-10-4511

| | | |
|---|---|---|
| **RICHARD DWORAK** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **VS.** | § | **CAMERON COUNTY, TEXAS** |
| | § | |
| | § | |
| **AMERICAN RED CROSS** | § | |
| **& HENRY MARTINEZ** | § | **103rd JUDICIAL DISTRICT** |

---

## MOTION OF THE AMERICAN NATIONAL RED CROSS TO QUASH DEFECTIVE SERVICE OF PROCESS

---

NOW COMES The American National Red Cross, ("The Red Cross") named as defendant The American Red Cross, and pursuant to Rule 122 of the Texas Rules of Civil Procedure, files this Motion to Quash Defective Service of Process and shows as follows:

1.      This an alleged personal injury lawsuit. Plaintiff Richard Dworak alleges in his Original Petition that on October 30, 1999, he was in Miami, Florida assisting the Red Cross in its effort to serve food stuffs. Dworak, while riding as a passenger in a Red Cross Emergency Rescue Vehicle, claims he was struck by a plastic food tray dislodged from its mounting by the alleged negligence of another Red Cross volunteer who was driving the vehicle, a Mr. Henry Martinez, a Florida resident.

2.      Dworak brought this suit in Cameron County, Texas and attempted service upon The Red Cross by personally delivering Plaintiff's Original Petition to a Mr. Ray Beall, purported in the Officer's Return of Service as a Houston, Texas Red Cross Chief Program Officer.

3.      Mr. Ray Beall was not a legally authorized, designated agent to accept service of process on behalf of The American National Red Cross. Thus, the attempted October 19, 2001

# CERTIFIED COPY

CAUSE  2001-10-4511-D

| | |
|---|---|
| RICHARD DWORAK | IN THE DISTRICT COURT |
| VS. | |
| | 103RD JUDICIAL DISTRICT |
| | CAMERON COUNTY TEXAS |
| AMERICAN RED CROSS & | |
| HENRY MARTINEZ | |

## ORDER SETTING HEARING

On this day it came to the attention of the court that the above styled and numbered cause

is pending and that a hearing should be held on  MOTION OF THE AMERICAN RED

CROSS TO QUASH DEFECTIVE SERVICE

IT IS THEREFORE ORDERED that the above cause be and the same is HEREBY set for

hearing in relation to the above matter on the _____ 7TH _____ day of ___ February ___ , 2002

at 9:00 'clock A.M. IN THE 103RD DISTRICT COURTROOM.

SIGNED FOR ENTRY this the _10th_ day of _January_, 2002

_____
JUDGE PRESIDING

HON. R.W. ARMSTRONG
HON. NEAL NOBLES

FILED 3:00 O'CLOCK __P__ M
AURORA DE LA GARZA DIST CLERK

JAN 1 1 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY

Case 1:02-cv-00020   Document 1   Filed in TXSD on 02/04/2002   Page 24 of 25

# CERTIFIED COPY
## OFFICERS RETURN OF SERVIC   ORIGINAL

**COUNTY: CAMERON**          CASE # 2001104511D          COURT 103
                                                         Clt. Ref.#

RICHARD DWORAK                                                        Clt.# 10578

VS

AMERICAN RED CROSS AND HENRY MARTINEZ

The documents came to our hand for service on 10/18/01  Time: 14:34:17

Documents received for service:

**PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on **10/19/01  Time: 15:15:00**

Executed at: 2700 S.W. Freeway
             Houston, TX 77098

to the following: **American Red Cross**
                  **By Delivery To Ray Beall Chief Program Officer**

_✓_  PERSONALLY delivering the document(s) to the person above.
___  SUBSTITUTE SERVICE per Order by delivering to _____in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
___  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RUL
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and al
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _45_

Witness Fee Tendered:_____

STATE OF TEXAS}

Gordon W Hanna
Professional Civil Process Houston
4635 Southwest Frwy, #750
Houston, Texas 77027

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this __ day of _____

PCP Inv.# H10011153

NOTARY PUBLIC SIGNATURE

**Q. L. MCLEAN**
Notary Public, State of Texas
My Commission Expires
**July 31, 2005**



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY

CERTIFIED COPY

**ORIGINAL**

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>   Lit. Seq. # <u>5.002.01</u>

No. <u>2001-10-004511-D</u>

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>AMERICAN RED CROSS</u>
    <u>2700 S.W. FREEWAY</u>
    <u>HOUSTON, TX 77098</u>

the _____<u>DEFENDANT</u>_____, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLANTIFF'S ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>103rd</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____<u>PETITION</u>_____ was filed on <u>OCTOBER 16, 2001</u>.  A copy of same accompanies this citation.

The file number of said suit being No. <u>2001-10-004511-D</u>.

The style of the case is:

<u>RICHARD DWORAK</u>
VS.
<u>AMERICAN RED CROSS & HENRY MARTINEZ</u>

Said petition was filed in said court by _____<u>HON. RON W. ARMSTRONG</u> (Attorney for _____<u>PLAINTIFF</u>_____), whose address is <u>2600 OLD ALICE ROAD, SUITE A   BROWNSVILLE TX  78521</u>.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>16th</u> day of <u>OCTOBER</u>, A.D. <u>2001</u>.

_____<u>AURORA DE LA GARZA</u>_____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

_____, Deputy
Eloisa Guerrero

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY TEXAS
_____, DEPUTY