

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD DWORAK | § | FEB 13 2002 |
| Plaintiff | § § § | Michael N. Milby<br>Clerk of Court |
| V. | § | CIVIL ACTION NO. B02-020 |
| AMERICAN RED CROSS AND<br>HENRY MARTINEZ | § § § § | JURY DEMANDED |
| Defendants | § | |

### JURY DEMAND OF THE AMERICAN NATIONAL RED CROSS

The American National Red Cross, (the "Red Cross"), incorrectly named as American Red Cross, one of the Defendants, files this demand for a jury as follows:

1. Pursuant to Federal Rule of Civil Procedure 38, the Red Cross respectfully demands a trial by jury.

The Red Cross respectfully prays for a trial by jury, that Plaintiff take nothing, for all costs, and for all other just relief.

Respectfully submitted,

WATT, BECKWORTH & THOMPSON, L.L.P.

BY:_____
JOHN B. BECKWORTH
State Bar #02021500
Fed. I.D. #1546
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141
Attorney-in-Charge for The American National Red Cross, Defendant

OF COUNSEL:

NEAL NOBLES
State Bar #24007753
Fed. I.D. #23078
WATT, BECKWORTH & THOMPSON, L.L.P.
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141

## CERTIFICATE OF SERVICE

      A copy of the foregoing Notice of Removal was sent via regular U.S. mail, postage prepaid, on February 7, 2002.

R.W. Armstrong
R.W. Armstrong & Associates, Inc.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

                                                **JOHN B. BECKWORTH**

JURY DEMANDED