5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICHARD DWORAK | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-020 |
| | § | |
| AMERICAN RED CROSS AND | § | |
| HENRY MARTINEZ | § | |
| | § | JURY DEMANDED |
| Defendants | § | |

## THE AMERICAN NATIONAL RED CROSS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

The American National Red Cross (the "Red Cross"), incorrectly named as American Red Cross, one of the Defendants, files this certificate of interested parties and respectfully shows as follows:

Plaintiff is Richard Dworak; Defendants are the Red Cross and Henry Martinez.[1]

Respectfully submitted,

WATT, BECKWORTH & THOMPSON, L.L.P.

BY: _____
JOHN B. BECKWORTH
State Bar #02021500
Fed. I.D. #1546
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141
Attorney-in-Charge for Defendant,
The American National Red Cross

---

[1] Plaintiff has not yet served defendant Henry Martinez.

OF COUNSEL:

NEAL NOBLES
State Bar #24007753
Fed. I.D. #23078
WATT, BECKWORTH & THOMPSON, L.L.P.
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141

## CERTIFICATE OF SERVICE

A copy of the foregoing Certificate of Interested Parties was forwarded via U.S. certified mail, return receipt requested, this 22nd day of February, 2002 to the following counsel of record:

R.W. Armstrong
R.W. Armstrong & Associates, Inc.
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

_____
John Beckworth

JURY DEMANDED