UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICHARD DWORAK | § | |
| | § | |
| V. | § | C.A. NO. B-02-020 |
| | § | |
| AMERICAN RED CROSS and | § | |
| HENRY MARTINEZ | § | |

## NOTICE OF APPEARANCE OF MICHAEL R. COWEN AS LEAD COUNSEL FOR PLAINTIFF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Michael R. Cowen files this his Notice of Appearance as lead counsel for Plaintiff in this case. Michael R. Cowen will serve as lead counsel for Plaintiff in all proceedings in Federal Court. Plaintiff requests that defense counsel and the Court send copies of all motions, pleadings, discovery and other documents to Michael R. Cowen.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
MICHAEL R. COWEN
State Bar No. 00795306
Federal I.D. No. 19967

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been forwarded as indicated below on this 28th day of February, 2002, to:

| | |
|---|---|
| John B. Beckworth<br>Neal Nobles<br>Watt, Beckworth & Thompson, L.L.P<br>1010 Lamar, Suite 1600<br>Houston, TX 77002 | Fax No.: 713-650-8141<br>**& Regular U.S.Mail** |
| R. W.Armstrong<br>R. W. ARMSTRONG & ASSOCIATES, INC.<br>2600 Old Alice Road, Suite A<br>Brownsville, TX 78521 | Fax No.: 546-0470<br>**& Regular U.S. Mail** |

_____
MICHAEL R. COWEN