7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICHARD DWORAK | § | |
| | § | |
| V. | § | C.A. NO. B-02-020 |
| | § | |
| AMERICAN RED CROSS and | § | |
| HENRY MARTINEZ | § | |

## RICHARD DWORAK'S LIST OF INTERESTED PARTIES

Pursuant to Paragraph 2 of the Order of Conference, Plaintiff, **RICHARD DWORAK,**, states that to his knowledge, the following persons and entities are financially interested in this litigation:

1. Richard Dworak, Plaintiff.

2. Michael R. Cowen, P.C. (Plaintiff's counsel)

3. American Red Cross, Defendant.

4. Henry Martinez, Defendant.

5 Watt, Beckworth & Thompson, L.L.P. (Defendant's counsel).

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (Facsimile)

_____
Michael R. Cowen
Texas Bar No. 00795306
Federal ID NO. 19967
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the 28th day of February, 2002, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

John B. Beckworth                           **Fax No.: 713-650-8141**
Neal Nobles                                 **& Regular U.S.Mail**
Watt, Beckworth & Thompson, L.L.P
1010 Lamar, Suite 1600
Houston, TX 77002

R. W. Armstrong                             **Fax No.: 546-0470**
R. W. ARMSTRONG & ASSOCIATES, INC.          **& Regular U.S. Mail**
2600 Old Alice Road, Suite A
Brownsville, TX 78521

_____
Michael R. Cowen