*8*

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 1 1 2002<br><br>Michael N. Milby<br>Clerk of Court |

| | |
|---|---|
| RICHARD DWORAK | § |
| | § |
| V. | §   C. A. No. B-02-020 |
| | § |
| AMERICAN RED CROSS and | § |
| HENRY MARTINEZ | § |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **R. W. ARMSTRONG** with the law offices of **R.W. ARMSTRONG & ASSOCIATES, INC.**, Attorney for Plaintiff **RICHARD DWORAK** and respectfully moves the Court as follows:

I.

Counsel for Plaintiff **RICHARD DWORAK** requests that this Court enter an Order allowing **MICHAEL R COWEN**, with the law offices of **MICHAEL R. COWEN, P.C.**, 765 E. 7th Street, Suite A, Brownsville, Texas 78520 be substitute in his place and stead. Such substitution will not delay any setting currently in effect.

**WHEREFORE, PREMISES CONSIDERED, R. W. ARMSTRONG,** counsel for **RICHARD DWORAK,** prays that the Court enter an order allowing that **MICHAEL R COWEN** to be substituted as attorney of record for **RICHARD DWORAK** in the above-entitled and numbered cause of action.

Respectfully submitted,


R. W. Armstrong
R. W. ARMSTRONG & ASSOCIATES, INC.
2600 Old Alice Road, Suite A
Brownsville, TX 78521
Telephone     (956) 546-5556
Facsimile:    (956) 546-0470

_____
R. W. Armstrong
State Bar No. 01323500
Federal I.D. No. 2237

ATTORNEY FOR PLAINTIFF

**AGREED TO:**

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
MICHAEL R. COWEN
State Bar No. 00795306
Federal I.D. No. 19967

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded as indicated below on this ____ day of April, 2002, to:

| | |
|---|---|
| John B. Beckworth<br>Neal Nobles<br>Watt, Beckworth & Thompson, L.L.P<br>1010 Lamar, Suite 1600<br>Houston, TX 77002<br><br>ATTORNEY FOR DEFNDANT<br>AMERICAN RED CROSS | **Fax No.: 713-650-8141**<br>**& Regular U.S.Mail** |

_____
Michael R. Cowen

## CERTIFICATE OF CONFERENCE

I hereby certify that on this 11th day of April, 2002, opposing counsel was advised of the filing of this document and he is unopposed to the filing of the same.

_____
Michael R. Cowen