UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICHARD DWORAK | § | |
| | § | |
| V. | § | C. A. No. B-02-020 |
| | § | |
| AMERICAN RED CROSS and | § | |
| HENRY MARTINEZ | § | |

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

**BE IT REMEMBERED** that on the ____6____ day of ____May 2002____ came to be considered the Motion of **R. W. ARMSTRONG** to be granted leave to withdraw as attorney of record for Plaintiff **RICHARD DWORAK**, and for the substitution of **MICHAEL R. COWEN**, with the law offices of **MICHAEL R. COWEN, P.C.**, 765 E. 7th Street, Suite A, Brownsville, Texas 78520, for said Plaintiff. The Court after considering said Motion, is of the opinion that said Motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court that **R. W. ARMSTRONG** is hereby granted leave to withdraw as attorney of record for Plaintiff **RICHARD DWORAK** and it is further **ORDERED** that **MICHAEL R. COWEN**, with the law offices of **MICHAEL R. COWEN, P.C.**, 765 E. 7th Street, Suite A, Brownsville, Texas 78520, be substituted herein as attorney of record for Plaintiff **RICHARD DWORAK**.

**SIGNED** this ____6____ day of ____May____, 2002.

_____
JUDGE PRESIDING

Copies to:

R. W. Armstrong
State Bar No. 01323500
Federal I.D. No. 2237
R. W. ARMSTRONG & ASSOCIATES, INC.
2600 Old Alice Road, Suite A
Brownsville, TX 78521

MICHAEL R. COWEN
State Bar No. 00795306
Federal I.D. No. 19967
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

John B. Beckworth
Neal Nobles
Watt, Beckworth & Thompson, L.L.P
1010 Lamar, Suite 1600
Houston, TX 77002