IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICHARD DWORAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-020 |
| v. | § | |
| | § | |
| AMERICAN RED CROSS AND HENRY MARTINEZ, | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER VENUE OF THE AMERICAN NATIONAL RED CROSS

After considering the American National Red Cross' Motion for Leave to File Memorandum in Support of Motion to Transfer Venue, and response, if any, the court

GRANTS the motion and ORDERS the Clerk of the Court to file said Memorandum in Support of Motion for Transfer of Venue herewith.

SIGNED on _May 29_, 2002.

_____
U.S. DISTRICT JUDGE