Case 1:02-cv-00020   Document 13   Filed in TXSD on 05/31/2002   Page 1 of 3
MAY. 30 '02 (THU) 16:01   ATTORNEY AT LAW            7137399802            PAGE. 4/8

13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 31 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICHARD DWORAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-020 |
| v. | § | |
| | § | |
| AMERICAN RED CROSS AND | § | JURY DEMANDED |
| HENRY MARTINEZ, | § | |
| | § | |
| Defendants. | § | |

### THE AMERICAN NATIONAL RED CROSS' UNOPPOSED MOTION FOR PERMISSION TO ATTEND IN PLACE OF ATTORNEY-IN-CHARGE

The American National Red Cross, (the "Red Cross"), incorrectly named as American Red Cross, one of the Defendants, requests permission of the Court to allow T. Neal Nobles of Watt, Beckworth & Thompson, L.L.P. to attend the Initial Pre-Trial Conference scheduled for Tuesday, June 4, 2002 at 2:30 p.m. in the place of Attorney-in-Charge John B. Beckworth of Watt, Beckworth & Thompson, L.L.P. Mr. Nobles is familiar with the case, will have authority to bind the client, and will be in charge for this appearance.

This motion is not for purposes of delay, but so that justice may be served.

Respectfully submitted,

WATT, BECKWORTH & THOMPSON, L.L.P.

BY: _____
John B. Beckworth
State Bar #02021500
Fed. I.D. #1546
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141

*Attorney-in-Charge for*
*The American National Red Cross, Defendant*

OF COUNSEL:

Neal Nobles
State Bar #24007753
Fed. I.D. #23078
WATT, BECKWORTH & THOMPSON, L.L.P.
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141

## CERTIFICATE OF CONFERENCE

I certify that on _May 30_, 2002, I conferred with Mr. Michael R. Cowen and he does not oppose this Motion for Permission to Attend in Place of Attorney-In-Charge.

_____
John B. Beckworth

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this _30_ day of _May_, 2002.

Mr. Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520-5317

_____
John B. Beckworth

3