/4

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD DWORAK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-020 |
| v. | § | |
| | § | |
| AMERICAN RED CROSS AND | § | JURY DEMANDED |
| HENRY MARTINEZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING THE AMERICAN NATIONAL RED CROSS' UNOPPOSED MOTION FOR PERMISSION TO ATTEND IN PLACE OF ATTORNEY-IN-CHARGE

After considering The American National Red Cross' Unopposed Motion for Permission to

Attend in Place of Attorney-In-Charge, the Court GRANTS the Motion.

SIGNED on _____, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

WATT, BECKWORTH & THOMPSON, L.L.P.

By: _____
John B. Beckworth
State Bar #02021500
Fed. I.D. #1546
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141

*Attorney-in-Charge for*
*The American National Red Cross, Defendant*

OF COUNSEL:

Neal Nobles
State Bar #24007753
Fed. I.D. #23078
WATT, BECKWORTH & THOMPSON, L.L.P.
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: 713/650-8100
Facsimile: 713/650-8141

**2**