IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RICHARD DWORAK,<br>Plaintiff, | §<br>§<br>§ |
| v. | §    C.A. No. B-02-020 |
| | § |
| AMERICAN RED CROSS AND<br>HENRY MARTINEZ,<br>Defendants. | §<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on June 4, 2002, after hearing argument by counsel, the Court **GRANTED** the Motion to Transfer Venue [Dkt. No. 9]. The case is appropriately **TRANSFERRED** to the Southern District of Florida, Miami Division.

**SO ORDERED**.

DONE this 4th day of June, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge